**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:18-CV-80443-ROSENBERG/REINHART**

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

      Plaintiff,

SOTHEBY'S INTERNATIONAL
REALTY, INC. and PATRICIA
MAHANEY,

      Defendants.

_____/

**DEFENDANTS' ANSWER TO COMPLAINT AND
JURY DEMAND OF SOTHEBY'S INTERNATIONAL REALTY, INC.**

Defendants SOTHEBY'S INTERNATIONAL REALTY, INC. ("SIR") and PATRICIA MAHANEY ("Mahaney"), by and through their undersigned counsel, answer the Complaint filed by AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("AAP") as follows. The numbered paragraphs below correspond to the numbered paragraphs in the Complaint. All allegations in the Complaint not otherwise specifically admitted or denied are hereby denied.

## COMPLAINT

Defendants admit that this purports to be an action for damages. Defendants deny the remaining allegations of the unnumbered introductory paragraph in the Complaint.

## NATURE OF ACTION

1.      Defendants admit that Plaintiff purports to obtain redress for Defendants' alleged acts of copyright infringement in a photograph that Plaintiff allegedly owns. Defendants deny the remaining allegations of paragraph 1.

2.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2, and on that basis, deny the allegations.

3.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and on that basis, deny the allegations.

4.      Defendants deny the allegations in paragraph 4.

5.      Defendants deny the allegations of paragraph 5.

6.      Defendants admit that Plaintiff purports to seek actual damages, profits attributable to the alleged infringement, or, in the alternative, statutory damages for the alleged infringement and for the alleged removal of Plaintiff's copyright management information. Defendants deny the remaining allegations of paragraph 6.

1

## JURISDICTION AND VENUE

7.      Defendants admit that Plaintiff purports to state a claim for damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*  Defendants deny the remaining allegations of paragraph 7.

8.      Paragraph 8 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 8.

9.      Paragraph 9 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 9.

10.     Paragraph 10 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 10.

## THE PARTIES

11.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and on that basis, deny the allegations.

12.     SIR admits the allegations of paragraph 12.  Mahaney lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12, and on that basis, denies the allegations.

13.     Defendants admit that Mahaney is an independent contractor real estate agent for SIR licensed in the State of Florida.  Mahaney admits that she specializes in the luxury residential sector in Palm Beach, Florida and that she maintains an address at 419 Seaspray Avenue, Palm Beach, Florida, 33480.  SIR lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 13, and on that basis, denies the allegations.  Mahaney denies the remaining allegations of paragraph 13.

14.     Defendants admit that SIR has served as broker for Mahaney.  Defendants deny the

2

remaining allegations of paragraph 14.

15.     Paragraph 15 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations in paragraph 15.

16.     Paragraph 16 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 16.

17.     Paragraph 17 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 17.

## FACTUAL ALLEGATIONS

18.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, and on that basis, deny the allegations.

19.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, and on that basis, denies the allegations.

20.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20, and on that basis, denies the allegations.

21.     Defendants admit that Plaintiff purports to state claims based on the image shown in paragraph 21.

22.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22, and on that basis, denies the allegations.

23.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation that "In or around March 2016, it came to AAP's attention that Defendants and/or their agents copied, displayed and distributed the Work on a Sotheby's real estate listing." Defendants admit that the image shown in Exhibit 2 to the Complaint was used in connection with a SIR real estate listing prior to March 2016.  Defendants admit that Mahaney was listed as the

3

real estate agent for a listing that used the image shown in Exhibit 2 to the Complaint.  Defendants

deny the remaining allegations in paragraph 23.

24.     Defendants deny the allegations in paragraph 24.

25.     Defendants deny the allegations in paragraph 25.

26.     Paragraph 26 states legal conclusions to which no response is required.  To the

extent any response is required, Defendants deny the allegations of paragraph 26.

## COUNT I

## COPYRIGHT INFRINGEMENT AGAINST MAHANEY

27.     Defendants incorporate their responses to paragraphs 1 through 26 as if fully set

forth herein.

28.     Paragraph 28 states legal conclusions to which no response is required.  To the

extent any response is required, Defendants deny the allegations of paragraph 28.

29.     Paragraph 29 states legal conclusions to which no response is required.  To

the extent any response is required, Defendants deny the allegations of paragraph 29.

30.     Paragraph 30 states legal conclusions to which no response is required.  To

the extent any response is required, Defendants deny the allegations of paragraph 30.

31.     Paragraph 31 states legal conclusions to which no response is required.  To the

extent any response is required, Defendants deny the allegations of paragraph 31.

## COUNT II

## VICARIOUS COPYRIGHT INFRINGEMENT AGAINST SIR

32.     Defendants incorporate their responses to paragraphs 1 through 31 as if fully set

forth herein.

33.     Defendants lack knowledge or information sufficient to form a belief as to the truth

of the allegations in paragraph 33, and on that basis, deny the allegations.

34.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34, and on that basis, deny the allegations.

35.      SIR lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35, and on that basis, denies the allegations.  Mahaney denies the allegations in paragraph 35.

36.      Paragraph 36 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 36.

37.      Paragraph 37 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 37.

38.      Paragraph 38 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 38.

39.      Paragraph 39 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 39.

## COUNT II [SIC]

### REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

### AGAINST MAHANEY

40.      Defendants incorporate their responses to paragraphs 1 through 39 as if fully set forth herein.

41.      Paragraph 41 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 41.

42.      Paragraph 42 states legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations of paragraph 42.

## PRAYER FOR RELIEF

In response to Plaintiff's Prayer for Relief, Defendants deny that Plaintiff is entitled to any relief.  Defendants respectfully request that the Court:

1.      Deny all forms of relief requested in Plaintiff's Prayer for Relief;

2.      Award Defendants their costs and attorneys' fees pursuant to 17 U.S.C. § 505; and

3.      Award such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Without assuming any burdens that it would not otherwise bear, Defendants assert the following affirmative defenses.  These defenses incorporate by reference the foregoing answers to the allegations of the Complaint as if fully set forth herein.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Neither SIR nor its users nor Mahaney have infringed, contributed to the infringement, or induced infringement of any copyright owned by Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

Defendants did not commit infringement because they were licensed to reproduce and display the asserted work.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff will not suffer irreparable harm from the denial of the relief he seeks.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff has not suffered damage based on any action by SIR or its users or Mahaney.

6

## SIXTH AFFIRMATIVE DEFENSE

Defendants hereby reserve the right to rely upon any additional defenses that may be revealed or discovered during the pendency of this case.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to statutory damages and attorneys' fees, because, to the extent that infringement has occurred, it preceded the effective date of Plaintiff's copyright registration.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims against SIR are barred in whole or in part by the Digital Millennium Copyright Act.

Respectfully submitted this April 17, 2018.

*s/ Robert H. Thornburg*
Robert H. Thornburg
Florida Bar No. 630829
E-Mail: rthornburg@allendyer.com
Joshua B. Spector
Florida Bar No. 584142
E-Mail: jspector@allendyer.com
Cameron C. Murphy
Florida Bar No. 125086
E-Mail: cmurphy@allendyer.com
ALLEN, DYER, DOPPELT
+ GILCHRIST, P.A.
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone:     (305) 374-8303
Facsimile:     (305) 374-8306

*Counsel for Defendants*

7

## Certificate of Service

I HEREBY CERTIFY that on June 6, 2018, I presented the foregoing to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a Notice of Electronic Filing to Counsel of Record:

Joel B. Rothman
Florida Bar No. 98220
E-Mail: joel.rothman@sriplaw.com
Alexander C. Cohen
Florida Bar No. 1002715
E-Mail: alex.cohen@sriplaw.com
SCHNEIDER ROTHMAN
INTELLECTUAL PROPERTY LAW GROUP PLLC
4651 North Federal Highway
Boca Raton, FL  33431
Telephone:     (561) 404-4350
Facsimile:     (561) 404-4353

*Counsel for Plaintiff*

*s/ Robert H. Thornburg*
Robert H. Thornburg